# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1371
LT Case No. 2000-CF-25190-A

_____

LOUIS MOTRY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David Koenig, Acting Circuit Judge.

Louis Motry, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

September 19, 2023

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., MAKAR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____